IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANNY VANOVEN,                                    *
                                                  *
            Plaintiff,                            *
                                                  *
vs.                                               *     No. 3:05CV00256 SWW
                                                  *
WESTERN RIVERS BOAT                               *
MANAGEMENT COMPANY,                               *
                                                  *
            Defendant.                            *

ORDER

Before the Court are defendant's motions for an independent medical examination ("IME")

and for a temporary restraining order/preliminary injunction.  The Court held telephone conferences

on the motions on February 24 and 27, 2006.  Having been informed by the parties that  the surgery

scheduled for March 1, 2006, has been cancelled, the motion for TRO/preliminary injunction [docket

entry 8] is denied as moot.

The motion for an IME [docket entry 7] is granted.  Plaintiff is ordered to submit to a medical

examination before Dr. James Brophy in Memphis, Tennessee, on March 27, 2006.  Plaintiff is

further ordered to make every effort to obtain and bring with him the original films of his two prior

MRIs and any X-rays that have been performed in connection with his treatment by Dr. Tonymon.

SO ORDERED this 28th day of February 2006.


                                        /s/Susan Webber Wright

                                        UNITED STATES DISTRICT JUDGE