IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DANNY VANOVEN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:05CV00256 SWW |
| | * | |
| WESTERN RIVER BOAT MANAGEMENT COMPANY, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is defendant's motion for the admission *pro hac vice* of Edward K Box of the law firm of Gault, Marshall & Miller, PLLC, of Paducah, Kentucky, to appear as counsel in this case. The motion, which is in substantial compliance with Local Rule 83.5(d), is granted.

DATED this 9th day of March 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE