# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION


DANNY VANOVEN

vs.                                          NO. 3:05CV00256 SWW

WESTERN RIVERS BOAT
MANAGEMENT COMPANY


<u>ORDER</u>


The Initial Scheduling Order filed in this matter on January 27, 2006, directed the parties to file their Rule 26(f) report by April 20, 2005.  Counsel for plaintiff orally has requested that the parties have an extension of time to file the report. The request is granted, and the parties have up to and including April 28, 2006, to file the Rule 26(f) report.  A Rule 16(b) conference will be scheduled, if necessary, after the report is filed, and a Final Scheduling Order will be issued on or before May 5, 2006.

IT IS SO ORDERED this 21st day of April, 2006.


<u>/s/Susan Webber Wright</u>


UNITED STATES DISTRICT JUDGE