IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| DANNY VANOVEN, | * |
| Plaintiff, | * |
| vs. | *   No. 3:05CV00256 SWW |
| WESTERN RIVERS BOAT MANAGEMENT COMPANY, | * |
| Defendant. | * |

## ORDER

For the reasons stated during the telephone conference on this matter on April 25, 2006, the Court denies plaintiff's motion for permanent injunction.[1]

SO ORDERED this 1st day of May 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Docket entry 24.