## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

DANNY VANOVEN

vs.                                    NO.  3:05CV00256 SWW

WESTERN RIVERS BOAT
MANAGEMENT COMPANY


### JUDGMENT


The maintenance and cure claim  action came on for trial on the 22nd day of May, 2006, before the Court, the Honorable Susan Webber Wright, United States District Judge, presiding.   Prior to trial, the parties settled the issue of maintenance, and the issue of cure having been duly tried and the Court having stated its findings of fact and conclusions of law from the bench, judgment is hereby entered in favor of the plaintiff.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that plaintiff Danny Vanoven shall be entitled to the back surgery requested at the expense of the defendant.

Dated this 22nd day of MAY, 2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE