# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DANNY VANOVEN

vs.                              NO. 3:05CV00256 SWW

WESTERN RIVERS BOAT MANAGEMENT COMPANY

### JUDGMENT ON JURY VERDICT

This action came on for trial April 23, 2007, before the Court and a jury, the Honorable Susan Webber Wright, United States District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict by answering Interrogatories #1 through #5 on April 27, 2007; now therefore, pursuant to those answers,

IT IS ORDERED AND ADJUDGED that plaintiff Danny Vanoven have and recover from defendant Western Rivers Boat Management Company damages for pain, suffering and mental anguish in the amount of $573,000.00 and loss of earnings in the future in the amount of $327,000.00, together with interest from date until paid at the rate of 4.90% per annum as provided by law.

DATED this 2nd day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE